DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. McCRAE

No. 545P96

Case below: 124 N.C.App. 664

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 March 1997.

STATE v. MONSERRATE

No. 55P97

Case below: 125 N.C.App. 22

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 March 1997.

STATE v. MOSELEY

No. 385A92-2

Case below: Forsyth County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Forsyth County denied 6 March 1997.

STATE v. WAMBACH

No. 373P96

Case below: 122 N.C.App. 580

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 March 1997.

TIMES-NEWS PUBLISHING CO. v. STATE OF N.C.

No. 483P96

Case below: 124 N.C.App. 175

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 6 March 1997. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 March 1997.